E-FILED
Friday, 12 January, 2018 02:48:44 PM
Clerk, U.S. District Court, ILCD

FILED

JAN 11 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

R&R (9/28/2011)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

UNITED STATES OF AMERICA

vs.                                        Case No.  17-30071

COLTON PARSONS

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and CDIL Rule 72.1(A)(24).  The Defendant waived Indictment and entered a plea of guilty to Count 1 of the Information.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea wes knowing and voluntary as to each count, and that the offense charged is supported by an independent factual basis containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

January 11, 2018                           s\ Tom Schanzle-Haskins
Date                                       TOM SCHANZLE-HASKINS
                                           UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service, being the Court's electronic service, shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).